| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Peter T. Steinberg, Esq., SBN 96834<br>Steinberg, Nutter & Brent, Law Corporation<br>23801 Calabasas Road, Suite 2031<br>Calabasas, California 91302<br>Telephone (818) 876-8535<br>Facsimile (818) 876-8536<br>Email: mr.aloha@sbcglobal.net<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor, Clean Up America, Inc. | FOR COURT USE ONLY |
|---|---|

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Clean Up America, Inc., | CASE NO.:2:14-bk-33267-VZ<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| Movant(s),<br>vs.<br>Respondent(s). | **NOTICE OF NON-OPPOSITION**<br>(with Declaration of Debtor's counsel)<br><br>DATE: 10/27/2016<br>TIME: 9:30 am<br>COURTROOM: 1368<br>PLACE: 255 E. Temple Street<br>Los Angeles, CA 90012 |

1. TO THE MOVANT (*specify name*): Office of United States Trustee
2. NOTICE IS HEREBY GIVEN that the ☒ Debtor ☐ chapter ___ trustee ☐ other (*specify*): _____, in the above-entitled proceeding does not oppose the granting of the following motion or application (*specify*): Debtor does not oppose dismissal of its Chapter 11 proceeding with 180 day bar re refiling. (See attached Declaration of Debtor's counsel, Peter T. Steinberg of Steinberg, Nutter & Brent, Law Corp.)

Date: 10/18/2016

Steinberg, Nutter & Brent, Law Corporation
Printed name of law firm

*[Signature]*
Signature
Peter T. Steinberg
Printed name
Debtor, Clean Up America, Inc.
Attorney for (*specify*)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9013-1.4.NOTICE.NONOPPOSITION

## **DECLARATION OF PETER T. STEINBERG**

I, Peter T. Steinberg, declare as follows:

1.  I am an attorney and a member of Steinberg, Nutter & Brent, Law Corporation, Debtor's counsel herein. I am licensed to practice (since 1980) before all courts in California and this Honorable United States Bankruptcy Court. I am an adult, and if called as a witness could and would testify competently to the truth of the hereinafter facts, which are of my own personal knowledge, unless stated upon information and belief.

2.  The Debtor's President and 100% shareholder, Mr. Deontay Potter, and I have reviewed and discussed the OUST's Motion to Dismiss, etc., at bar. After lengthy discussion with Mr. Potter, as well as the Debtor's employed C.P.A., Mr. Paul Joseph, the Debtor has determined that it cannot confirm a Plan of Reorganization. As such, the Debtor does not oppose dismissal of its Chapter 11, with a 180 day bar against re-filing.

3.  Presently, Debtor's counsel herein (your declarant) and counsel for CCG, Inc. (Debtor's priority secured creditor) are discussing terms related to Debtor's dismissal of its Chapter 11. It is anticipated by your declarant that CCG, Inc., will not oppose a dismissal of Debtor's Chapter 11.

4.  I am informed and believe that should Debtor's Chapter 11 proceeding be converted to Chapter 7, that no monies would be available to any unsecured or administrative creditors due to CCG's secured position, including its cash collateral perfection.

\\\

\\\

\\\

\\\

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this ___18th___ day of October, 2016, at Calabasas, California.

_____
PETER T. STEINBERG

[F:\Docs\CLIENTS\C\Clean Up America\dec of pts re no opp to ust motion to dismiss convert.wpd]

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Steinberg, Nutter & Brent, Law Corporation, 23801 Calabasas Road, Suite 2031, Calabasas, CA 91302**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF NON-OPPOSITION (WITH DECLARATION OF DEBTOR'S COUNSEL)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **10/18/16**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Attorneys for People's United Equipment Finance Corp. fka Financial Federal Credit and Commercial Credit Group, Inc.:**
Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
Interested Party: Anerio V Altman    lakeforestpacer@gmail.com, acolytehuli@gmail.com
Request for ECF Notice: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
**Attorneys for Neff Rental, LLC:** Lazaro E Fernandez    lef17@pacbell.net, lef-karina@pacbell.net;lef-mari@pacbell.net;lefkarina@gmail.com
**Attorney for USA on behalf of IRS:** Gavin L Greene    gavin.greene@usdoj.gov, USACAC.criminal@usdoj.gov
**Attorneys for Ally Bank** Toriana S Holmes    tsh@severson.com
**Attorneys for U.S. Trustee:** Kelly L Morrison    kelly.l.morrison@usdoj.gov
**Attorneys for Well Fargo Bank, N.A.:** Randall P. Mroczynski    randym@cookseylaw.com
**Attorneys for Debtor:** Peter T Steinberg    mr.aloha@sbcglobal.net
**U.S. Trustee:** United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On   **10/18/16**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**U.S. Trustee**
Kelly L. Morrison, Esq.
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   **10/18/16**  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge**
The Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/18/16 | Marisela Becerra | /s/ Marisela Becerra |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**

Additional Service Information

SPECIAL NOTICE
Attorneys for Southern Counties Oil Co.
Robert W. Bollar, Esq.
Southern Counties Oil Co., a California Limited Partnership
Attn: Legal Department
1800 W. Katella Avenue, Suite 400
P.O. Box 4159
Orange, CA 92863-4159

Interested Party
William Doyle
PDQ Enterprises, Inc. dba PDQ Equipment
14742 Beach Blvd., No. 116
La Mirada, CA 90638

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE