Andrew K. Alper (State Bar No. 088876)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor COMMERCIAL CREDIT GROUP, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLEAN UP AMERICA, INC.,<br><br>Debtor. | CASE No. 2:14-bk-33267-VZ<br><br>Chapter 11<br><br>**COMMERCIAL CREDIT GROUP, INC. 'S RESPONSE TO U.S. TRUSTEE'S MOTION TO DISMISS CASE**<br><br>**Date:** October 27, 2016<br>**Time:** 9:30 a.m.<br>**Crtrm.:** 1368 |

TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, TO THE UNITED STATES TRUSTEE, AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Creditor, Commercial Credit Group, Inc. ("CCG") sets forth its position regarding the U.S. Trustee's Motion to Dismiss or Convert Case. CCG is the largest secured creditor in the case. The Debtor and CCG entered into a Stipulation for Use of Cash Collateral, Post-Petition Financing and Compromise of Claims ("Stipulation") which gave the Debtor the opportunity to use CCG's cash collateral until it confirmed an acceptable Plan of Reorganization ("Plan"); allowed the Debtor to obtain credit from CCG so that the Debtor could pay all sums due and payable to People's United Equipment Finance Corp. ("People's") and retire the debt due to People's secured by a first lien on all personal property of the Debtor (except as may have been primed by the Internal Revenue Service with respect to accounts receivable and any other valid purchase money security interest)

together with CCG advancing further money so that the Debtor could repair a vehicle; and to compromise all claims with CCG which was to pave the way for the Debtor to propose a Plan.

The Debtor is unable to propose a Plan. There is no reason to discuss the issues confronting the Debtor because the Debtor agrees to a dismissal of this case. CCG believes that the conversion to Chapter 7 would not benefit the creditors in this case and supports dismissal.

Nothing stated or omitted herein as a result of CCG agreeing to a dismissal shall be construed to be CCG's waiver of any of its rights and remedies and all such rights and remedies are cumulative.

DATED: October 19, 2016

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____
ANDREW K. ALPER
Attorneys for Creditor COMMERCIAL CREDIT GROUP, INC.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, California 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **COMMERCIAL CREDIT GROUP, INC.'S RESPONSE TO U.S. TRUSTEE'S MOTION TO DISMISS CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 19, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 19, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 19, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 19, 2016 | Sandra Young-King | /s/ King |
|---|---|---|
| Date | Printed Name | Signature |

2345238.1 | 100854-0002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**VIA NOTICE OF ELECTRONIC FILING (NEF):**
Andrew K Alper    aalper@frandzel.com, ekidder@frandzel.com
Anerio V Altman    lakeforestpacer@gmail.com, acolytehuli@gmail.com
Adam N Barasch    anb@severson.com, dgl@severson.com;efiling@severson.com
Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Lazaro E Fernandez    lef17@pacbell.net, lef-karina@pacbell.net;lef-mari@pacbell.net;lefkarina@gmail.com
Gavin L Greene    gavin.greene@usdoj.gov, USACAC.criminal@usdoj.gov
Toriana S Holmes    tsh@severson.com
Wendy A Loo    wendy.loo@lacity.org
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Randall P Mroczynski    randym@cookseylaw.com
Peter T Steinberg    mr.aloha@sbcglobal.net
 United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**VIA FIRST CLASS UNITED STATES MAIL:**  (Manual Notice Required)

Robert W Bollar
1800 W Katella Ave #200
Orange, CA 92863-4159

William Doyle
PDQ Enterprises, Inc. dba PDQ Equipment
14742 Beach Blvd. No 116
La Mirada, CA 90638

**VIA OVERNIGHT DELIVERY:**

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

2345238.1 | 100854-0002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE