| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter T. Steinberg, Esq., SBN 96834<br>Steinberg, Nutter & Brent, Law Corporation<br>23801 Calabasas Road, Suite 2031<br>Calabasas, California 91302<br>Telephone (818) 876-8535<br>Facsimile (818) 876-8536<br>Email: mr.aloha@sbcglobal.net<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor, Clean Up America, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Clean Up America, Inc.,<br><br><br><br>Debtor(s) | CASE NO.: 2:14-bk-33267-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*: MOTION PURSUANT TO 11 USC SEC. 364(c) FOR AUTHORITY TO ENTER INTO INS. PREMIUM FINANCING AGREEMENT, ETC. |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DENYING (AS MOOT) DEBTOR'S MOTION PURSUANT TO 11 U.S.C. SECTION 364(c) FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCING AGREEMENT WITH IPFS CORPORATION OF CALIFORNIA

was lodged on *(date)* 10/27/2016 and is attached. This order relates to the motion which is docket number 209.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "A"

PETER T. STEINBERG, ESQ. - SBN 96834
STEINBERG, NUTTER & BRENT
LAW CORPORATION
23801 CALABASAS ROAD, SUITE 2031
CALABASAS, CALIFORNIA 91302
TELEPHONE (818) 876-8535
FACSIMILE (818) 876-8536
EMAIL: mr.aloha@sbcglobal.net

*Attorneys for:* Debtor and Debtor-In-Possession, CLEAN UP AMERICA, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLEAN UP AMERICA, INC.,<br><br>          Debtor and Debtor in Possession | Case No.: 2:14-bk-33267-VZ<br>Chapter 11<br><br>**ORDER DENYING (AS MOOT) DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 364(c) FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCING AGREEMENT WITH IPFS CORPORATION OF CALIFORNIA**<br><br>HEARING<br>Date:   October 25, 2016<br>Time:  11:00 a.m.<br>Place:  Courtroom "1368"<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |

At the above-captioned hearing the Honorable Court denied as moot the Debtor's Motion For Order Pursuant To 11 U.S.C. § 364(c) for Authority To Enter Into An Insurance Premium Financing Agreement with IPFS Corporation of California. By tentative ruling the Honorable Court excused appearances and oral argument, so none occurred.

###

1

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Steinberg, Nutter & Brent, Law Corporation, 23801 Calabasas Road, Suite 2031, Calabasas, CA 91302

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION PURSUANT TO 11 U.S.C. § 364(C) FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT, ETC.**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **10/27/16**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorneys for People's United Equipment Finance Corp. fka Financial Federal Credit and Commercial Credit Group, Inc.: Andrew K Alper
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
Interested Party: Anerio V Altman    lakeforestpacer@gmail.com, acolytehuli@gmail.com
Attorneys for Ally Servicing LLC: Adam N Barasch    anb@severson.com, dgl@severson.com;efiling@severson.com
Request for ECF Notice: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
Attorneys for Neff Rental, LLC: Lazaro E Fernandez    lef17@pacbell.net, lef-karina@pacbell.net;lef-mari@pacbell.net;lefkarina@gmail.com
Attorney for USA on behalf of IRS: Gavin L Greene    gavin.greene@usdoj.gov, USACAC.criminal@usdoj.gov
Attorneys for Ally Bank  Toriana S Holmes    tsh@severson.com
Attorneys for City of Los Angeles: Wendy A Loo    wendy.loo@lacity.org
Attorneys for U.S. Trustee: Kelly L Morrison    kelly.l.morrison@usdoj.gov
Attorneys for Well Fargo Bank, N.A.: Randall P. Mroczynski    randym@cookseylaw.com
Attorneys for Debtor: Peter T Steinberg    mr.aloha@sbcglobal.net
U.S. Trustee: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  **10/27/16**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**U.S. Trustee**
Kelly L. Morrison, Esq.
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

**SPECIAL NOTICE**
**Attorneys for Southern Counties Oil Co.**
Robert W. Bollar, Esq.
Southern Counties Oil Co., a California Limited Partnership
Attn: Legal Department
1800 W. Katella Avenue, Suite 400
P.O. Box 415
Orange, CA 92863-4159

**Creditor**
William Doyle
PDQ Enterprises, Inc. dba PDQ Equipment
14742 Beach Blvd. No 116
La Mirada, CA 90638

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **10/27/16**  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge**
The Honorable Vincent P. Zurzolo, United States Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/27/16 | Marisela Becerra | /s/ Marisela Becerra |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                **F 9013-3.1.PROOF.SERVICE**